IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TOMAS DE LA CRUZ-PEREZ,<br><br>　　　　　　　Defendants. | 8:21MJ211<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Tomas De La Cruz-Perez (Filing No. 38). Daniel S. Reeker has filed an entry of appearance as retained counsel for Tomas De La Cruz-Perez. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 38) will be granted.

Kelly M. Steenbock shall forthwith provide Daniel S. Reeker any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Tomas De La Cruz-Perez's defense.

The clerk shall provide a copy of this order to Daniel S. Reeker.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge